SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:    1.  *Intake Clerk* *

2.  *Case Administrator*



FROM:    *Financial Administrator*

DATE: 2/14/2014

CASE NAME: Smith

CASE NUMBER: 08-25109 - GLT

**FILED**

FEB 14 2014

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA

Check Number 877707 in the amount of $ 11,008.16 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 7800    Intake Clerk's Initials: DRB

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

2014 FEB 14 AM 10: 11

CLERK
US BANKRUPT
COURT PGH

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
02/12/2014

| | | |
|---|---|---|
| John J. Horner, Esquire | OR | John J. Horner, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA 15219 | | Erie, PA 16501 |

Re: BARBARA A. SMITH

Case No: 0825109

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following debtor(s). The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Barbara A. Smith
128 Downer Street
Monongahela, PA 15063

CHECK NUMBER 877707    AMOUNT $11008.16

The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: JASON MAZZEI ESQ
BARBARA A. SMITH